UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KENYON CHAPMAN,

                Plaintiff,

-v-

NEW YORK UNIVERSITY,

                Defendant.

CIVIL ACTION NO. 25 Civ. 654 (CM) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

This case was referred to the undersigned for discovery disputes. (ECF No. 15). The Court is in receipt of Defendant's letter at ECF No. 14 (the "Letter") setting forth alleged deficiencies in Plaintiff's discovery responses. (ECF No. 14). On or before **September 25, 2025**, Plaintiff shall file a response to the Letter. A telephone conference to discuss the parties' discovery disputes is scheduled for **September 29, 2025, at 2:00 p.m. ET** on the Court's conference line. The parties are directed to call: (855) 244-8681; access code: 2308 226 4654, at the scheduled time.

Dated:      New York, New York
             September 4, 2025

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**