UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KENYON CHAPMAN,

                     Plaintiff,

-v-

NEW YORK UNIVERSITY,

                     Defendant.

CIVIL ACTION NO. 25 Civ. 654 (CM) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the Telephone Conference (the "Conference") held on September 29, 2025, the parties have resolved the discovery issues raised in Defendant's letter at Dkt. No. 14 (the "Letter").[1] The Court further **ORDERS** the following:

1. Plaintiff Kenyon Chapman ("Plaintiff") shall provide to Defendant the medical authorizations and employment record releases referenced in the Letter (Dkt. No. 14 at 1) by the **end of the day today, September 29, 2025**.

2. Defendant New York University ("Defendant") shall substantially complete its production, including materials required by the Pilot Program, by **October 3, 2025**.

The parties are reminded that, pursuant to the Order of Reference to Magistrate Judge at Dkt. No. 15, the parties shall raise any further discovery disputes directly with the undersigned, while the parties must direct to the attention of the Honorable Colleen McMahon any request

---

[1] Defendant's counsel stated at the Conference that Defendant deems Plaintiff's supplemental production sufficient for now but is still in the process of reviewing the supplemental production for deficiencies.

for an extension of the discovery deadline.  (See Dkt. Nos. 12 at 2; 15).

Dated: New York, New York
September 29, 2025

SO ORDERED.

_____
SARAH L. CAVE
**United States Magistrate Judge**