UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KENYON CHAPMAN,

                              Plaintiff,

        -v-

NEW YORK UNIVERSITY,

                              Defendant.

CIVIL ACTION NO. 25 Civ. 654 (CM) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the telephone conference held on February 3, 2026 (the "Conference"), the Court **ORDERS** the following:

1. By **February 10, 2026**, Plaintiff Kenyon Chapman ("Plaintiff") shall substantially complete the search for and production of the following items:

    a. Documents concerning the ability of Defendant New York University ("NYU") to accommodate Plaintiff's request for a religious exemption from the COVID-19 vaccine, and any exemptions that Defendant granted to any other individual, in response to Defendant' Document Requests Nos. 38–39.

    b. ESI and communications in response to Defendant's Document Requests Nos. 42–50, 58–61, and 64–65.

    c. Plaintiff's unemployment records in response to Defendant's Document Request No. 15.

    d. Plaintiff's W-2s for 2022 and 2023 in response to Defendant's Document Request No. 19.

2. By **February 10, 2026**, Plaintiff shall provide complete, verified responses to Defendant's Interrogatories Nos. 6 and 9.

3. By **February 10, 2026**, the parties shall order a copy of the Conference transcript using the annexed form.

The parties are reminded that, pursuant to the Order of Reference to a Magistrate Judge at Dkt. No. 15, the parties may only raise discovery disputes directly with the undersigned, and they must direct any request for an extension of discovery deadlines to the Honorable Colleen McMahon.  (See Dkt. Nos. 12 at 2; 15).

The Clerk of Court is respectfully directed to close Dkt. No. 21.

Dated:      New York, New York
            February 3, 2026

SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

## Request for the production of a transcript from an electronic recording

<span style="color:red">Send one request per completed form to:</span>

# etranscripts@nysd.uscourts.gov

Transcripts from an electronic record are generated by a Court Approved Transcriber, <u>NOT the Southern District Court Reporters.</u>  The transcript will be delivered to your office and you will be  invoiced directly by the transcriber. Submission of this form constitutes an agreement to pay for  the transcription services described herein. This form should not be submitted for the purpose of obtaining  a price estimate.

<span style="color:red">**NOTE:**  CJA requests require prior approval by submitting an Auth-24 document in the CJA eVoucher System. If granted, the attorney then submits the etranscripts order form (indicate CJA Request).
Upon notification from the transcriber, the attorney will create a CJA 24 Voucher in the eVoucher system.</span>

Today's Date: _____

| Case Caption | |
|---|---|
| DOCKET NUMBER | DATE OF THE HEARING | JUDGE'S NAME |

## INDICATE  SERVICE:
(prices listed are per page)

| Daily $7.30 | ◯ | 3 Day $6.55 | ◯ | 7 Day $5.85 | ◯ | 14 Day $5.10 | ◯ | 30 Day $4.40 | ◯ |
|---|---|---|---|---|---|---|---|---|---|

| Your Name | |
|---|---|
| Firm Name | |
| Address | |
| City, State | Zip Code |
| Telephone Number | |
| E-mail Address | |

| RESET | PRINT | SAVE | EMAIL |
|---|---|---|---|