Case 1:25-cv-00654-CM-SLC Document 41 Filed 08/26/26 Page 1 of 2

BALLON STOLL P.C.
COUNSELLORS AT LAW FOUNDED 1931

1675 BROADWAY, FL 14
NEW YORK, NY 10019
Ph: 212-575-7900
www.ballonstoll.com

TYLER FIERRO
tfierro@ballonstoll.com

Extension Granted.

Colleen McMahon
8/26/2026

August 26, 2026

**VIA ECF**

Hon. Collen McMahon
Southern District of New York
500 Pearl Street New York, NY 10007

Re: *Kenyon Chapman v. New York University*
*Case No: 1:25-cv-00654-CM-SLC*
**Joint Letter Motion For Extension of Motion for Summary Judgment Briefing Schedule**

Dear Judge McMahon:

We are counsel for Plaintiff Kenyon Chapman in the above-referenced action. In accordance with Your Honor's Individual Rules, I respectfully write, **with Defendant's consent**, to request an extension of Plaintiff's deadline to file an opposition to Defendant's motion for summary judgment and Defendant's deadline to file a reply. The parties previously made two (3) requests for an extension of time of the deadline to complete discovery, on October 7, 2025, February 5, 2026, and May 4, 2026, which were granted.

Defendant filed its motion for summary judgment on August 19, 2026. *See* ECF No. 40. The deadline for Plaintiff's response to Defendant's motion is September 2, 2026. Plaintiff respectfully requests, with Defendant's consent, for Plaintiff's deadline to file opposition to Defendant's motion be extended from September 2, 2026 to October 23, 2026 and for Defendant's deadline to file a reply to November 20, 2026.

Good cause exists for the requested extension. Plaintiff consented to Defendant's request for an extension of its deadline to file the motion for summary judgment and respectfully requests the same courtesy here. Plaintiff's representatives are preparing for three (3) trials presently scheduled for September and October 2026, and requests Plaintiff's opposition deadline be extended until after such trials are completed. Additionally, several of Plaintiff's representatives are unavailable throughout the month of September while observing the jewish holidays.

The requested extension is made in good faith and not for purposes of delay. No party will be prejudiced by the requested relief.

We thank the Court for its time and consideration of this request.

Case 1:25-cv-00654-CM-SLC Document 41 Filed 08/26/26 Page 2 of 2

Respectfully submitted,

BALLON STOLL P.C.

/s/ Tyler Fierro
Tyler Fierro, Esq.
1675 Broadway, 14th Floor
New York, NY 10019
tfierro@ballonstoll.com
*Attorneys for Plaintiff*

FORDHARRISON LLP

/s/ Stephen A. Oliwa
Stephen A. Oliwa, Esq.
300 Connell Drive, Suite 4100
Berkeley Heights, New Jersey 07922
soliwa@fordharrison.com
*Attorneys for Defendant*

cc: All Counsel of Record (via ECF)